TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00704-CR







William Roby Ingle Jr., Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW OF COMAL COUNTY


NO. 2002CR0347, HONORABLE CHARLES E. (CHUCK) MILLER JR., JUDGE PRESIDING







Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.



 __________________________________________

 Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: December 19, 2002

Do Not Publish